# JacksonLewis

Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax
jacksonlewis.com

DIRECT DIAL: (914) 872-6920
EMAIL ADDRESS: JOSEPH.DIPALMA@JACKSONLEWIS.COM

August 4, 2020

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007

          Re:    Laufer v. AI Shree Khodiyar MAA Inc.
                Case No. 20-cv-02509-PMH

Dear Judge Halpern:

       This firm represents Defendant, AI Shree Khodiyar MAA Inc. in the above-referenced matter.  This letter is written pursuant to Rule 1(C) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from August 11, 2020 through and including September 11, 2020.

       Plaintiff's counsel consents to this request.  This request is made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.  In addition, the parties would like additional time to discuss a potential resolution of this matter without further judicial intervention.

       This is Defendant's first request for an extension of this deadline.  No other deadlines have been scheduled in this case.

       Thank you for your consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

By: */s/ Joseph J. DiPalma*
     Joseph J. DiPalma

---

Application granted. Defendant shall answer or move by September 11, 2020. The Clerk is instructed to terminate ECF No. 11.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
       August 5, 2020