

THE LAW OFFICES OF
**PETER SVERD**
— P L L C —

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖶 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

September 8 , 2020

The Hon. Philip M. Halpern
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

        **Re:**    **Deborah Laufer v. AI Shree Khodiyar MAA Inc.**
               **Case No.: 7:20-cv-02509 (PMH)**
               <u>**NOTICE OF SETTLEMENT: LETTER MOTION**</u>

**Greetings Judge Halpern,**

      **Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action.  The parties join in this Letter Motion seeking a stay of all court proceedings in this matter for through October 8th, 2020 while the settlement agreement is consummated.**

      **Thank you for your attention and courtesy in this matter.**

**Very truly yours,**

*Peter Sverd*

  **Peter Sverd, Esq.**