UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
---------------------------------------------------------------X
DEBORAH LAUFER,

              Plaintiff,

v.

AI SHREE KHODIYAR MAA, INC.,

              Defendant.
---------------------------------------------------------------X

ORDER

20-cv-2509 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within forty-five (45) days of this Order. Any application to reopen filed after forty-five (45) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

SO-ORDERED.

Dated: New York, New York
       September 9, 2020

_____
Philip M. Halpern
United States District Judge